UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

| | | |
|---|---|---|
| ☐ _____ | Original Plan | |
| ■ First _____ | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) | |
| ☐ _____ | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) | |

DEBTOR: Ernesto Gonzalez Estevez   JOINT DEBTOR: _____   CASE NO.: 21-18919-BKC-RAM

SS#: xxx-xx- 0427   SS#: xxx-xx-_____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ■ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $285.60 _____ for months  1  to  12 ;
2. $787.15 _____ for months  13  to  60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: | $4,650.00 | Total Paid: | $975.00 | Balance Due: | $3,675.00 |
|---|---|---|---|---|---|
| Payable | $245.00 | /month (Months  1  to  12 ) | | | |
| Payable | $367.50 | /month (Months  13  to  14 ) | | | |

Allowed fees under LR 2016-1(B)(2) are itemized below:
$4,500.00 + $150.00 (cost) = $4,650.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.    TREATMENT OF SECURED CLAIMS      ■ NONE

## IV.    TREATMENT OF FEES AND PRIORITY CLAIMS [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]    ■ NONE

## V.     TREATMENT OF UNSECURED NONPRIORITY CREDITORS      ☐ NONE

A. Pay   $12.04   /month (Months  1  to  12 )

Pay   $340.94   /month (Months  13  to  14 )

Pay   $708.44   /month (Months  15  to  60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

Debtor(s): Ernesto Gonzalez Estevez                    Case number: 21-18919-BKC-R

|      |                                           |
|------|-------------------------------------------|
| C.   | SEPARATELY CLASSIFIED:  ■ NONE            |
| VI.  | **STUDENT LOAN PROGRAM**  ■ NONE          |
| VII. | **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**  ■ NONE |
| VIII.| **INCOME TAX RETURNS AND REFUNDS:**  ■ NONE |
| IX.  | **NON-STANDARD PLAN PROVISIONS**  ■ NONE  |

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/                                  Debtor   December 14, 2021                                Joint Debtor
Ernesto Gonzalez Estevez                          Date                                                              Date

Patrick L. Cordero, Esquire         December 14, 2021
Attorney with permission to sign on          Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**